UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY JIMENEZ,<br><br>    Plaintiff,<br><br> v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF KINGS, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-01780-DAD-SKO (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO ISSUE FIRST INFORMATIONAL ORDER IN PRISONER CIVIL RIGHTS CASE AND DIRECTING PLAINTIFF TO DISREGARD PRIOR-ISSUED STANDING ORDER AND INFORMATIONAL ORDER**<br><br>(Docs. 2, 2-2) |

  On December 23, 2019, the Court issued a Standing Order, (Doc. 2), and an Informational Order, (Doc. 2-2). On January 2, 2020, the Court re-designated this case to a prisoner civil rights case. (Doc. 3.) Accordingly, the Court DIRECTS the Clerk of the Court to attach a First Informational Order in Prisoner/Civil Detainee Civil Rights Case to this order.

  The First Informational Order in Prisoner/Civil Detainee Civil Rights case, attached hereto, supersedes the prior-issued Standing Order, (Doc. 2), and Informational Order, (Doc. 2-2); and, the Court DIRECTS Plaintiff to disregard the prior-issued orders, (Docs. 2, 2-2).

IT IS SO ORDERED.

Dated:  **January 7, 2020**       /s/ *Sheila K. Oberto*
                  UNITED STATES MAGISTRATE JUDGE